# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# STATESBORO DIVISION

|  |  |  |
|---|---|---|
| CURTIS RAY BALLOU, | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No.  CV606-094 |
| HUGH SMITH, Warden and SGT. MARTY PHILLIPS, | ) | |
| Defendants. | ) | |

## O R D E R

After a careful <u>de novo</u> review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed.    Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this _3_ day of _Jan_, 2007.

_____
B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA