# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# STATESBORO DIVISION

| | |
|---|---|
| CURTIS RAY BALLOU, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CV606-094 |
| ) | |
| MARTY PHILLIPS, LARRY ) | |
| BREWTON, and PAMELA ATKINS, ) | |
| ) | |
| Defendants. ) | |

## REPORT AND RECOMMENDATION

Plaintiff has moved to voluntarily dismiss his case. (Doc. 64.) Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, plaintiff's motion should be **GRANTED** and this case should be **DISMISSED**.

**SO REPORTED AND RECOMMENDED** this 8th day of April, 2008.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA